IN AND FOR THE MIDDLE DISTRICT COURT
FOR THE STATE OF ALABAMA

RECEIVED

ANGELA DENISE NAILS,  2007 OCT 23 A 10: 37

    Plaintiff,    DEBRA P. HACKETT, CLK      Case No. 2:07cv948 - MEF

Vs.      U.S. DISTRICT COURT
         MIDDLE DISTRICT ALA

TANYA BROWN,

    Defendant

## HARRASSMENT

The plaintiff is suing the defendant because the defendant is harassing the plaintiff and the plaintiff is repeatly being harassed by the defendant. On Oct 14, 2007 the defendant use nasty verbal language at the plaintiff for nothing. It was late at night and plaintiff was opening her door and the defendant verbally began to use language of abusive at the plaintiff. The defendant harass the plaintiff by using the public clothing lines and not sharing the clothing lines and bulling the property giving the plaintiff no oppurtinty to use the shared property. The defendant trys to intise the plaintiff into a fight with the defendant keeping the cloths line used up with all of the defendant clothing.

Defendants mailing address #114 East Street #45 Carrollton, Alabama 35447.

_Angela Denise Nails_
ANGELA DENISE NAILS
PROSE ATTORNEY