IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-948-MEF |
| | ) | |
| TANYA BROWN | ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT, and DECREE of the Court this action and Plaintiff's claims be

and hereby are DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close

this case.

DONE this 25th day of October, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

.