

IN THE UNITED STATES APPEALS COURT

ANGELA DENISE NAILS,

             Plaintiff,                              Case No. *2:07cv0948mEF*

Vs.

TANYA BROWN,

             Defendant,


## MOTION FOR APPEAL

The plaintiff is appealing the case to The United States Appeal Court from the

Middle District Court  Middle District Case Number 07-cv-948-MEF.


*Angela Denise Nails*

ANGELA DENISE NAILS
PROSE ATTORNEY