Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

November 15, 2007

**Appeal Number: 07-15309-A**
Case Style: Angela Denise Nails v. Tanya Brown
District Court Number:  07-00948 CV-F-N

TO:   Angela Denise Nails

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2007

Angela Denise Nails
116 EAST ST # 46
CARROLLTON AL 35447-2016

**Appeal Number: 07-15309-A**
Case Style: Angela Denise Nails v. Tanya Brown
District Court Number: 07-00948 CV-F-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether this appeal will be allowed to proceed in forma pauperis, we will advise you of further requirements.

Upon entry of an order regarding in forma pauperis, the District Court Clerk is requested to forward a copy of the order and an updated copy of the docket entries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(e).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

c: District Court Clerk

DKT-5 (07-2007)

**07-15309 A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

U.S. COURT OF APPEALS
RECEIVED
CLERK
NOV 13 2007
ATLANTA, GA

November 8, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-F-00948-N

USCA No._____

IN RE: ANGELA DENISE NAILS V. TANYA BROWN

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_First Notice of Appeal: _X_Yes,___ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
_X_No                       Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
_X_ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_The Appellate docket fee has been paid;___Yes,___No:_X___Date , Receipt#_____
___Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
___Exhibits:____Envelope
___Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By:   Donna M. Norfleet
      Deputy Clerk