Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

January 17, 2008

**Appeal Number: 07-15309-A**
Case Style: Angela Denise Nails v. Tanya Brown
District Court Number:  07-00948  CV-F-N ()

TO:   Angela Denise Nails

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 17, 2008

Angela Denise Nails
116 EAST ST # 46
CARROLLTON AL 35447-2016

**Appeal Number: 07-15309-A**
Case Style: Angela Denise Nails v. Tanya Brown
District Court Number: 07-00948 CV-F-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15309-A



ANGELA DENISE NAILS,

Plaintiff-Appellant,

versus

TANYA BROWN,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

/s/ R. Lanier Anderson
UNITED STATES CIRCUIT JUDGE