Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 26, 2008

**Appeal Number: 07-15309-A**
Case Style: Angela Denise Nails v. Tanya Brown
District Court Number: 07-00948 CV-F-N ()

TO:   Angela Denise Nails

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 26, 2008

Angela Denise Nails
116 EAST ST # 46
CARROLLTON  AL  35447-2016

**Appeal Number: 07-15309-A**
Case Style: Angela Denise Nails v. Tanya Brown
District Court Number: 07-00948  CV-F-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 26 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15309-A

_____

ANGELA DENISE NAILS,

                                                                 Plaintiff-Appellant,

versus

TANYA BROWN,

                                                                 Defendant-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before **ANDERSON and HULL, Circuit Judges.**

BY THE COURT:

      Appellant has filed a motion for reconsideration of this Court's order dated January 17, 2008, denying her motion for leave to proceed in forma pauperis. Upon reconsideration, appellant's motion for leave to proceed in forma pauperis is DENIED because the appeal is frivolous. See 28 U.S.C. §§ 1331, 1332, 1915(e)(2)(B); 11th Cir. R. 42-4; Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).